UNITED STATES BANKRUPTCY COURT
for the Western District of Virginia
Roanoke Division

RE: Sarah A. Chitwood                          Chapter 13
                                               Case No. 05-71340
         Debtor

TRANSMITTAL OF UNCLAIMED FUNDS

__X__ Comes now the undersigned trustee and reports as follows:

That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

TRANSMITTAL OF SMALL DIVIDENDS

_____ Comes now the trustee and reports as follows:

Distribution to creditors in an amount of less than five dollars ($5.00) in a Chapter 7 case and fifteen dollars ($15.00) in a Chapter 12 or 13 case, is prohibited by Bankruptcy Rule 3010 unless authorized by the court. No such order has been entered by the court.

The name, address, and amount due each creditor is as follows:

NAME OF CREDITOR     ADDRESS OF CREDITOR     AMOUNT DUE CREDITOR
Plains Commerce Bank Visa   P.O. Box 5217           $17.17
                            Sioux Falls, SD 57117

TOTAL OF AMOUNTS OF $25.00 OR MORE PER CREDITOR  _____(a)
TOTAL OF AMOUNTS LESS THAN $25.00 PER CREDITOR   $17.17 (b)

The trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the amount of $17.17 (b) is attached hereto with the request that such funds be deposited in the U.S. Treasury.

I Hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each creditor listed above.

Date 12·20·10

Signed _____, Trustee